# MOORMAN TATE HALEY UPCHURCH & YATES, LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| R. HAL MOORMAN•† | 207 EAST MAIN STREET | BOARD CERTIFIED |
| STEVEN C. HALEY | BRENHAM, TEXAS 77833 | •ESTATE PLANNING & PROBATE LAW |
| LAURA UPCHURCH | P.O. BOX 1808 | †CIVIL TRIAL LAW |
| WENDY YATES• | BRENHAM, TEXAS 77834-1808 | TEXAS BOARD OF LEGAL SPECIALIZATION |
| | (979) 836-5664 | |
| ANDREW J. HEFFERLY | FAX (979) 830-0913 | GEORGE R. MOORMAN (1919-2011) |
| | www.moormantate.com | MILTON Y. TATE, JR. (RETIRED) |

May 12, 2015

Honorable Justices
4th Court of Appeals
*Via Facsimile 210-335-2762*

Re:     *El Caballero Ranch, Inc. and Laredo Marine, L.L.C., Appellants, vs. Grace River Ranch, LLC, Appellee*; No. 04-15-00127-CV; 4th Court of Appeals, San Antonio, Texas

Dear Justices of the 4th Court of Appeals:

I represent the Appellee, Grace River Ranch, LLC, in the above matter. Very recently a Motion for Emergency Stay of Temporary Injunction Challenged in Interlocutory Appeal was filed by the Appellants herein. Upon receiving, I called the Court to request until 5:00 p.m. today to formulate a Response, as this was the minimum time I felt that I needed to prepare the Response. I called the Court yesterday and made them aware of my time limitation. I called again today and was told I should probably put that time limitation in writing. That is the purpose of this letter. I need until 5:00 p.m. today to get the Response filed which I have been working on today. I appreciate your consideration in this matter. By copy of this letter, I am advising all other parties of record of this request.

Sincerely,

STEVEN C. HALEY
SCH:ks
shaley@moormantate.com

cc:     Ann Smith *(via email)*
        Kim Keller *(via email)*
        Jeff Davidson *(via email)*
        John Patterson *(via email)*
        Kenny Newville *(via email)*

SCANNED

Date: _____

Initials: _____

{18705.43065-00374535.DOCX}

# MOORMAN TATE HALEY UPCHURCH & YATES, LLP

Attorneys at Law
207 East Main
P. O. Box 1808
Brenham, Texas 77834-1808
(979) 836-5664
Fax (979) 830-0913

Date: March 12, 2015

Please deliver the following page(s) to:  Honorable Justices, 4th Court of Appeals

Telefax Number:  210-335-2762

These pages are being transmitted from:  Steven C. Haley

Total number of pages including this cover letter:  2

If you do not receive all of the pages, please call:  979-836-5664

NOTICE: THIS FACSIMILE MESSAGE IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION AND IS TRANSMITTED FOR THE EXCLUSIVE INFORMATION AND USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERY OF THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE ADMONISHED THAT THIS COMMUNICATION MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE.  IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND MAIL THE ORIGINAL MESSAGE TO OUR ADDRESS ABOVE.  THANK YOU.

MESSAGE:

Please see attached letter.

(11000.FORMS-00175891.DOC)